I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington
By _____ Deputy Clerk

FILED
Clerk
District Court
MAY 29 2008
For The Northern Mariana Islands
By _____ Deputy Clerk

___ FILED  ___ ENTERED
___ LODGED ___ RECEIVED
MAY 15 2008
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
    DEPUTY

08-CV-00141-EXH

THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEATTLE REFRIGERATION COMPANY, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>CRYSTAL SEAS-CNMI, INC., a corporation formed and operated under the laws of the Commonwealth of the Northern Marianas Islands,<br><br>Defendant. | NO. C08-141 TSZ<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AND DEFAULT JUDGMENT |

## ORDER

THE COURT, after reviewing Plaintiff Seattle Refrigeration Company's Motion for Order Granting Plaintiff's Motion for Entry of Default Judgment and Default Judgment, the Declarations of Tracy Abbott and Markos Scheer in support thereof and exhibits thereto and the records and pleadings filed herein, this Court finds that,

1. Defendant Crystal Seas-CNMI, Inc., was properly served with copies of the Summons and Complaint on February 8, 2008; see docket no. 5

2. Defendant has not appeared or filed an answer to Plaintiff's Complaint;

[PROPOSED] ORDER GRANTING MOTION FOR
DEFAULT AND DEFAULT JUDGMENT - 1

YOUNG deNORMANDIE
SECOND & SENECA BUILDING
1191 SECOND AVENUE, SUITE 1901
SEATTLE, WASHINGTON 98101
Phone: (206) 224-9818 Fax: (206) 623-6923

3. More than eighty (80) days have passed since the Summons and Complaint was served on Defendant;

4. The Clerk of this Court entered an order of Default against Defendant on April 11, 2008; see docket no. 13

5. Defendant is not an infant, incompetent person, or a person in the military service or otherwise exempted from default under the Soldiers' and Sailors' Civil Relief Act of 1940;

6. Plaintiff's claim is for a sum certain or may be made certain by calculation;

7. Plaintiff is due the amount of Eighty One Thousand Two Hundred One and 47/100 dollars ($81,201.47.), as detailed in Plaintiff's Complaint and the documents filed with this Court;

8. Plaintiff is entitled to prejudgment interest in the amount of 18% per annum, from July 20, 2007, to May 14, 2008, ~~until all amounts, including accrued interest, costs and attorney fees are paid in full~~ a pursuant to the terms of the Payment Agreement entered into by and between Plaintiff and Defendant;

9. Plaintiff is entitled to award of its costs and attorney fees as established by documents and agreements submitted to this Court by Plaintiff; and

10. Plaintiff is entitled to entry of Default Judgment.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

THAT Defendant is in default and this Court enters judgment in favor of Plaintiff Seattle Refrigeration Company in the principal amount of Eighty One Thousand Two Hundred One and 47/100 dollars ($81,201.47);

THAT Plaintiff Seattle Refrigeration Company is awarded prejudgment interest in the amount of $ 11,893.22

~~(PROPOSED)~~ ORDER GRANTING MOTION FOR
DEFAULT AND DEFAULT JUDGMENT - 2

1    THAT Plaintiff Seattle Refrigeration Company is awarded of attorneys fees in the
2  amount of $ 5,000.00

3    THAT Plaintiff is awarded costs in the amount of $ 366.25;

4    THAT this judgment shall bear interest at  1.94  % per annum; and

5    THAT Plaintiff is entitled to post judgment attorney fees and costs.

6                              JUDGMENT SUMMARY

7  PLAINTIFF:                **Seattle Refrigeration Company**
                              1057 South Director Street
8                             Seattle Wa. 98108
                              (206) 762-7740
9
   Attorneys for Plaintiff:   Markos Scheer
10                            Young deNormandie, P.C.
                              1191 Second Avenue, Suite 1901
11                            Seattle, WA 98101
                              (206) 224-9818
12
   DEFENDANT:                 **Crystal Seas-CNMI, Inc**
13                            Box CHRB 5408
                              Saipan, MP 96950
14
   Attorney for Defendant:    None
15

16         Damages:               $ 81,201.47
           Prejudgment interest:  $ 11,893.23
17         Attorney fees:         $ 5,000.00
18         Costs:                 $ 366.25
19         Total Judgment Amount: $ 98,460.95

20   Signed this  14  day of ~~April~~ MAY, 2008
21
22                                                 [signature]
                                        HONORABLE THOMAS S. ZILLY
23
24

~~[PROPOSED]~~ ORDER GRANTING MOTION FOR
DEFAULT AND DEFAULT JUDGMENT - 3

Presented by:

YOUNG deNORMANDIE, P.C.

s/ Markos Scheer
State Bar Number 29233
s/ Dean G. von Kallenbach
State Bar Number 12870
YOUNG deNORMANDIE, P.C.
1191 Second Avenue, Suite 1901
Seattle, WA 98101
Telephone: (206) 224-9818
Facsimile: (206) 623-6923
E-mail: mscheer@ydnlaw.com
Attorneys for Plaintiff Seattle Refrigeration Company

[PROPOSED] ORDER GRANTING MOTION FOR
DEFAULT AND DEFAULT JUDGMENT - 4