CARLSMITH BALL LLP

JOHN D. OSBORN
VINCENT J. SEMAN
Carlsmith Building, Capitol Hill
P.O. Box 5241
Saipan, MP 96950-5241
Tel No. 670.322.3455

Attorneys for Plaintiff
Seattle Refrigeration Company

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SEATTLE REFRIGERATION COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>CRYSTAL SEAS-CNMI, INC.,<br><br>Defendant. | MC 08-00027<br><br>PETITIONER SEATTLE REFRIGERATION COMPANY'S APPLICATION FOR ISSUANCE OF WRIT OF EXECUTION; MEMORANDUM IN SUPPORT OF APPLICATION; DECLARATION OF VINCENT J. SEMAN; EXHIBITS A – B |

COMES NOW Plaintiff SEATTLE REFRIGERATION COMPANY, by and through its attorneys, Carlsmith Ball LLP, and hereby petitions this Honorable Court to grant its Application for Issuance of Writ of Execution against the property of Respondent CRYSTAL SEAS-CNMI, INC.

This Petition is supported by the Memorandum of Points and Authorities, Declaration and Exhibits attached hereto, and the pleadings filed herein.

DATED: Saipan, MP, June 5, 2008.

CARLSMITH BALL LLP

_____
JOHN D. OSBORN
VINCENT J. SEMAN
Attorneys for Plaintiff
Seattle Refrigeration Company

4831-5849-8818.1.061731-00001

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

By this Application for Issuance of Writ of Execution, Petitioner Seattle Refrigeration Company ("Petitioner") seeks the issuance of a writ of execution against the property of Respondent Crystal Seas-CNMI, Inc. ("Respondent "). Petitioner has obtained a Default Judgment against Respondent in the U.S. District Court for the Western District of Washington at Seattle. Petitioner seeks this Court's authority to enforce the money judgment against Respondent here in the Commonwealth of the Northern Mariana Islands ("CNMI") pursuant to FRCP Rule 69.

## II. RELEVANT FACTS

1. On or about January 29, 2008, under Case No. C08-0141, Petitioner filed a breach of contract action in the U.S. District Court for the Western District of Washington at Seattle (the "Seattle District Court") in connection with the breach of a commercial lease.

2. On or about April 11, 2008, Respondent having failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure, the Seattle District Court entered an Order of Default in favor of Petitioner and against Respondent.

3. On or about May 15, 2008, the Seattle District Court granted an Order for Entry of Default Judgment and Default Judgment in favor of Petitioner and against Respondent in the principal amount of $81,201.47, prejudgment interest in the amount of $11,893.23, attorney fees in the amount of $5,000.00; costs in the amount of $366.25, and post-judgment in the amount of 1.94% per anum (the " Judgment"). A certified copy of the Judgment was recorded with this Court as Document No. MC08-00027 on May 29, 2008. A copy of the Judgment as filed with this Court is attached hereto as Exhibit A.

4. To date, Respondent has not paid any portion of the Judgment. Thus, the entire sum of the Judgment remains due and payable.

4831-5849-8818.1.061731-00001

### III. ARGUMENT

A money judgment is enforced by a writ of execution, unless the court directs otherwise. FRCP 69(a). In obtaining a writ of execution, the procedure must accord with the procedure of the state where the court is located, but a federal statute governs to the extent it applies." *Id.*

Under CNMI law, a party recovering a money judgment may request the court to issue a writ of execution against the debtor. 7 CMC § 4201. Upon the court issuing a writ of execution, the person duly authorized receiving the writ shall levy or cause the Director of Public Safety to levy execution by demanding payment and/or seizing property if payment is not made. 7 CMC Section 4204. In this case, because Respondent is a CNMI corporation, the Seattle District Court lacks jurisdiction to issue a writ of execution against Respondent's property.

A money judgment entered by any district court may be registered by filing a certified copy of such judgment in the other district court after the judgment has become final. 28 U.S.C. § 1963. Petitioner has filed such Judgment with this Court. *See* Exhibit A. A judgment that has been registered has the same effect as the original judgment and may be enforced as would any other judgment under FRCP 69. Inasmuch as Respondent's property is located in the CNMI, Petitioner seeks the issuance by this Court of a writ of execution against such property to satisfy the Judgment. A copy of Petitioner's proposed form of Writ of Execution is attached hereto as Exhibit B.

### IV. CONCLUSION

Based on foregoing, Petitioner respectfully requests that the Court grant its Application for Issuance of Writ of Execution.

CARLSMITH BALL LLP

DATED: Saipan, MP, June 5, 2008

_____
JOHN D. OSBORN
VINCENT J. SEMAN
Attorneys for Plaintiff
Seattle Refrigeration Company

4831-5849-8818.1.061731-00001    -2.-

1  CARLSMITH BALL LLP

2  JOHN D. OSBORN
   VINCENT J. SEMAN
3  Carlsmith Building, Capitol Hill
   P.O. Box 5241
4  Saipan, MP 96950-5241
   Tel No. 670.322.3455

5
   Attorneys for Plaintiff
6  Seattle Refrigeration Company

7

8

9                   UNITED STATES DISTRICT COURT

10                            FOR THE

11                   NORTHERN MARIANA ISLANDS

12  SEATTLE REFRIGERATION COMPANY,      | MC 08-00027
13           Plaintiff,                 |
14      vs.                             | PETITIONER SEATTLE
                                        | REFRIGERATION COMPANY'S
15  CRYSTAL SEAS-CNMI, INC.,            | APPLICATION FOR ISSUANCE OF
                                        | WRIT OF EXECUTION;
16           Defendant.                 | MEMORANDUM IN SUPPORT OF
                                        | APPLICATION; DECLARATION OF
17                                      | VINCENT J. SEMAN; EXHIBITS A – B;
                                        | NOTICE OF HEARING OF
18                                      | APPLICATION AND CERTIFICATE OF
                                        | SERVICE
19

20                     **DECLARATION OF COUNSEL**

21      The undersigned, under penalty of law, declares as follows:

22  1.   I am an attorney with Carlsmith Ball LLP, attorneys for Petitioner SEATTLE

23  REFRIGERATION COMPANY ("Petitioner") in this action.

24  2.   I am authorized and competent to testify to the matters set forth herein, and unless

25  otherwise indicated, I make this declaration based upon personal knowledge.

26

27

28

4831-5849-8818.1.061731-00001

3.   On or about January 29, 2008, under Case No. C08-0141, Petitioner filed a breach of contract action in the U.S. District Court for the Western District of Washington at Seattle (the "Seattle District Court").

4.   On or about April 11, 2008, Respondent having failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure, the Seattle District Court entered an Order of Default in favor of Petitioner and against Respondent.

5.   On or about May 15, 2008, the Seattle District Court granted an Order for Entry of Default Judgment and Default Judgment in favor of Petitioner and against Respondent in the principal amount of $81,201.47, prejudgment interest in the amount of $11,893.23, attorney fees in the amount of $5,000.00; costs in the amount of $366.25, and post-judgment in the amount of 1.94% per anum (the "Judgment").

6.   Attached as Exhibit A to Petitioner's Application for Issuance of Writ of Execution against the property of Respondent CRYSTAL SEAS-CNMI, INC. is a true and correct copy of the certified copy of the Judgment recorded with this Court as Document No. MC08-00027 on May 29, 2008.

7.   To date, Respondent has not paid any portion of the Judgment. Thus, the entire sum of the Judgment remains due and payable. Thus, Petitioner seeks the issuance by this Court of a writ of execution against such property to satisfy the Judgment

8.   Attached hereto as Exhibit B is Petitioner's proposed form of Writ of Execution.

I hereby declare under penalty of law that the foregoing is true and correct to the best of my knowledge.

CARLSMITH BALL LLP

DATED: Saipan, MP, June 5, 2008.

_____
VINCENT J. SEMAN
Attorneys for Plaintiff
Seattle Refrigeration Company

MC 08 - 00027

THE HONORABLE THOMAS S. ZILLY

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington
By _____ Deputy Clerk

COPY of
Original Filed
on this date
MAY 29 2008
Clerk
District Court
For the Northern Mariana Islands

08-CV-00141-EXH

FILED ___ ENTERED
LODGED ___ RECEIVED

MAY 15 2008

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
            DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SEATTLE REFRIGERATION COMPANY, a Washington corporation,

　　　　　Plaintiff,

　　v.

CRYSTAL SEAS-CNMI, INC., a corporation formed and operated under the laws of the Commonwealth of the Northern Marianas Islands,

　　　　　Defendant.

NO. C08-141 TSZ

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AND DEFAULT JUDGMENT

## ORDER

THE COURT, after reviewing Plaintiff Seattle Refrigeration Company's Motion for Order Granting Plaintiff's Motion for Entry of Default Judgment and Default Judgment, the Declarations of Tracy Abbott and Markos Scheer in support thereof and exhibits thereto and the records and pleadings filed herein, this Court finds that,

　　1.　Defendant Crystal Seas-CNMI, Inc., was properly served with copies of the Summons and Complaint on February 8, 2008; *see docket no. 5*

　　2.　Defendant has not appeared or filed an answer to Plaintiff's Complaint;

[PROPOSED] ORDER GRANTING MOTION FOR
DEFAULT AND DEFAULT JUDGMENT - 1

YOUNG deNORMANDIE
SECOND & SENECA BUILDING
1191 Second Avenue, Suite 1901
Seattle, Washington 98101
Phone: (206) 224-9818 Fax: (206) 623-6923


EXHIBIT A

3. More than eighty (80) days have passed since the Summons and Complaint was served on Defendant;

4. The Clerk of this Court entered an order of Default against Defendant on April 11, 2008; see docket no. 13

5. Defendant is not an infant, incompetent person, or a person in the military service or otherwise exempted from default under the Soldiers' and Sailors' Civil Relief Act of 1940;

6. Plaintiff's claim is for a sum certain or may be made certain by calculation;

7. Plaintiff is due the amount of Eighty One Thousand Two Hundred One and 47/100 dollars ($81,201.47.), as detailed in Plaintiff's Complaint and the documents filed with this Court;

8. Plaintiff is entitled to ~~simple~~ prejudgment interest in the amount of 18% per annum, from July 20, 2007, to May 14, 2008, ~~until all amounts, including accrued interest, costs and attorney fees are paid in full~~ a pursuant to the terms of the Payment Agreement entered into by and between Plaintiff and Defendant;

9. Plaintiff is entitled to award of its costs and attorney fees as established by documents and agreements submitted to this Court by Plaintiff; and

10. Plaintiff is entitled to entry of Default Judgment.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

THAT Defendant is in default and this Court enters judgment in favor of Plaintiff Seattle Refrigeration Company in the principal amount of Eighty One Thousand Two Hundred One and 47/100 dollars ($81,201.47);

THAT Plaintiff Seattle Refrigeration Company is awarded prejudgment interest in the amount of $ 11,843.22

~~(PROPOSED)~~ ORDER GRANTING MOTION FOR DEFAULT AND DEFAULT JUDGMENT - 2

YOUNG deNORMANDIE
SECOND & SENECA BUILDING
1191 SECOND AVENUE, SUITE 1901
SEATTLE, WASHINGTON 98101
Phone: (206) 224-9818 Fax: (206) 623-6923

1     THAT Plaintiff Seattle Refrigeration Company is awarded of attorneys fees in the amount of $ 5,000.00.

3     THAT Plaintiff is awarded costs in the amount of $ 366.25;

4     THAT this judgment shall bear interest at 1.94 % per annum; and

5     THAT Plaintiff is entitled to post judgment attorney fees and costs.

### JUDGMENT SUMMARY

**PLAINTIFF:**      **Seattle Refrigeration Company**
1057 South Director Street
Seattle Wa. 98108
(206) 762-7740

Attorneys for Plaintiff:      Markos Scheer
Young deNormandie, P.C.
1191 Second Avenue, Suite 1901
Seattle, WA 98101
(206) 224-9818

**DEFENDANT:**      **Crystal Seas-CNMI, Inc**
Box CHRB 5408
Saipan, MP 96950

Attorney for Defendant:      None

| | |
|---|---|
| Damages: | $ 81,201.47 |
| Prejudgment interest: | $ 11,893.23 |
| Attorney fees: | $ 5,000.00 |
| Costs: | $ 366.25 |
| Total Judgment Amount: | $ 98,460.95 |

Signed this 14 day of ~~April~~ MAY, 2008

_____
HONORABLE THOMAS S. ZILLY

[PROPOSED] ORDER GRANTING MOTION FOR
DEFAULT AND DEFAULT JUDGMENT - 3

YOUNG deNORMANDIE
SECOND & SENECA BUILDING
1191 SECOND AVENUE, SUITE 1901
SEATTLE, WASHINGTON 98101
Phone: (206) 224-9818 Fax: (206) 623-6923

| | |
|---|---|
| 1 | |
| 2 | Presented by: |
| 3 | YOUNG deNORMANDIE, P.C. |
| 4 | |
| 5 | s/ Markos Scheer<br>State Bar Number 29233<br>s/ Dean G. von Kallenbach |
| 6 | State Bar Number 12870<br>YOUNG deNORMANDIE, P.C. |
| 7 | 1191 Second Avenue, Suite 1901<br>Seattle, WA 98101 |
| 8 | Telephone: (206) 224-9818<br>Facsimile: (206) 623-6923 |
| 9 | E-mail: mscheer@ydnlaw.com<br>Attorneys for Plaintiff Seattle Refrigeration Company |
| 10 | |

[PROPOSED] ORDER GRANTING MOTION FOR
DEFAULT AND DEFAULT JUDGMENT - 4

YOUNG deNORMANDIE

SECOND & SENECA BUILDING
1191 SECOND AVENUE, SUITE 1901
SEATTLE, WASHINGTON 98101
Phone: (206) 224-9818 Fax: (206) 623-6923

CARLSMITH BALL LLP

JOHN D. OSBORN
VINCENT J. SEMAN
Carlsmith Building, Capitol Hill
P.O. Box 5241
Saipan, MP 96950-5241
Tel No. 670.322.3455

Attorneys for Plaintiff
Seattle Refrigeration Company

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SEATTLE REFRIGERATION COMPANY, a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CRYSTAL SEAS-CNMI, INC., a corporation formed and operated under the laws of the Commonwealth of the Northern Marianas Islands,<br><br>Defendant. | MC 08-00027<br><br>WRIT OF EXECUTION |

TO:   Commissioner of Public Safety
      Any Department of Public Safety Officer
      Any Officer of the Court

WHEREAS on May 15, 2008 the U.S. District Court for the Western District of Washington at Seattle rendered Judgment in the above-captioned matter in favor of SEATTLE REFRIGERATION COMPANY and against CRYSTAL SEAS-CNMI, INC. Said Judgment was entered in the principal amount of $81,201.47, prejudgment interest in the amount of $11,893.23, attorney fees in the amount of $5,000.00; costs in the amount of $366.25, and post-judgment in the amount of 1.94% per anum;

4830-0796-2626.1.061731-00001

EXHIBIT B

1      WHEREAS on May 29, 2008, a certified copy of the Judgment was recorded at with this
2  Court as Document No. MC08-00027;
3      WHEREAS on June 4, 2008, SEATTLE REFRIGERATION COMPANY properly
4  applied for a writ of execution with this court to enforce the Judgment favor of SEATTLE
5  REFRIGERATION COMPANY and against CRYSTAL SEAS-CNMI, INC.; and
6      WHEREAS this Court has competent jurisdiction to enforce the Judgment favor of
7  SEATTLE REFRIGERATION COMPANY and against CRYSTAL SEAS-CNMI, INC.;
8      NOW THEREFORE, any person to whom this Writ may be given are hereby
9  commanded and authorized to satisfy said Judgment with interest and costs by levying execution
10 upon Respondent's property not exempt from execution of the judgment debtor in order to satisfy
11 the balance due on the Judgment in the principal amount of $81,201.47, prejudgment interest in
12 the amount of $11,893.23, attorney fees in the amount of $5,000.00; costs in the amount of
13 $366.25, and post-judgment in the amount of 1.94% per anum, together to which must be added
14 the costs and commissions of the officer executing this Writ.

DATED: _____, 2008.    _____
                                                                        ALEX R. MUNSON
                                                                       Chief Judge