USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case 1:08-mc-00027    Document 3    Filed 07/16/2008    Page 1 of 3

USM 5

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| SEATTLE REFRIGERATION COMPANY | MC 08-00027 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| CRYSTAL SEAS-CNMI, INC | WRIT OF EXECUTION |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
USA Islands Seafood, Inc. fka Crystal Seas-CNMI, Inc. PMB 429 PPP P. O. Box 10000, Saipan, MP 96950
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**FILED**
Clerk
District Court
JUL 16 2008
For The Northern Mariana Islands
By_____ N/A (Deputy Clerk)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

VINCENT J. SEMAN (VSEMAN@CARLSMITH.COM)
CARLSMITH BUILDING, CAPITAL HILL
PO BOX 5241 SAIPAN MP 96950
670-322-3455 TEL / 670-322-3368 FAX

Number of process to be served with this Form 285: 01
Number of parties to be served in this case: 02
Check for service on U.S.A.: N/A

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

James Davies, Registered Agent
Ground Floor Nauru Building
PMB 429 PPP P. O. Box 10000
Saipan, MP 96950

Telephone: 670 234-8088

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 670-322-3455
DATE: 6/24/08

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
Total Process: 001
District of Origin No. 005
District to Serve No. 005
Signature of Authorized USMS Deputy or Clerk: CIDUSM #3056
Date: 6-24-08

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
James Davies, Registered Agent

Address (complete only different than shown above):
Aquarious Beach Tower Residence

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 07/16/08
Time: 2:00 ☒ pm

Signature of U.S. Marshal or Deputy: W. Calvert

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 45.00 | 1.92 | 0.00 | 46.92 | 45.00 | $1.92 |

REMARKS: Attempted Service @ Nauru Bld office & Requested to meet at Aquarious Tower

All Fee's paid in advance unless ordered by court for the United States to advance. If the U.S. is ordered to advance then Plaintiff's are responsible for all fee's to the USMS prior to the closing of the fiscal year, unless ruled as Pauper by Court Order.
$45.00 per hour & per endeavor for each DUSM assigned / $00.48 per mile

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

ORIGINAL

RECEIVED
JUN 24 2008
US MARSHALS SERVICE-CNMI

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

SEATTLE REFRIGERATION COMPANY,   Case No. MC 08-00027

    Plaintiff,

v.   **WRIT OF EXECUTION**

CRYSTAL SEAS-CNMI, INC.,

    Defendant.

_____/

TO:    Commissioner of Public Safety
        Any Department of Public Safety Officer
        Any Officer of the Court

WHEREAS on May 15, 2008 the U.S. District Court for the Western District of Washington at Seattle rendered Judgment in the above-captioned matter in favor of SEATTLE REFRIGERATION COMPANY and against CRYSTAL SEAS-CNMI, INC. Said Judgment was entered in the principal amount of $81,201.47, prejudgment interest in the amount of $11,893.23, attorney fees in the amount of $5,000.00; costs in the amount of $366.25, and post-judgment in the amount of 1.94% per annum;

WHEREAS on May 29, 2008, a certified copy of the Judgment was recorded with this Court in Case No. MC 08-0027;

WHEREAS on June 4, 2008, SEATTLE REFRIGERATION COMPANY properly applied for a writ of execution with this court to enforce the Judgment in favor of SEATTLE REFRIGERATION COMPANY and against CRYSTAL SEAS-CNMI, INC.; and

WHEREAS this Court has competent jurisdiction to enforce the Judgment in favor of SEATTLE REFRIGERATION COMPANY and against CRYSTAL SEAS-CNMI, INC.;

AO 72
(Rev. 08/82)

NOW THEREFORE, any person to whom this Writ may be given are hereby commanded and authorized to satisfy said Judgment with interest and costs by levying execution upon Respondent's property not exempt from execution of the judgment debtor in order to satisfy the balance due on the Judgment in the principal amount of $81,201.47, prejudgment interest in the amount of $11,893.23, attorney fees in the amount of $5,000.00; costs in the amount of $366.25, and post-judgment in the amount of 1.94% per anum, together to which must be added the costs and commissions of the officer executing this Writ.

**IT IS SO ORDERED.**

Dated:        June 6, 2008

*[signature]*
ALEX R. MUNSON
UNITED STATES DISTRICT JUDGE