| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | *See "Instructions for Service of Process by U.S. Marshal"* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| SEATTLE REFRIGERATION COMPANY | MC 08-00027 |
| DEFENDANT | TYPE OF PROCESS |
| CRYSTAL SEAS-CNMI, INC | WRIT OF EXECUTION |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
1st Hawaiian Bank, Crystal Seas-CNMI, Inc.; Credit Acct. #13010743

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Saipan

*Stamp: Clerk District Court, JUL 16 2008, For The Northern Mariana Islands, By (Deputy Clerk)*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

VINCENT J. SEMAN (VSEMAN@CARLSMITH.COM)
CARLSMITH BUILDING, CAPITAL HILL
PO BOX 5241 SAIPAN MP 96950
670-322-3455 TEL / 670-322-3368 FAX

| Number of process to be served with this Form 285 | 01 |
| Number of parties to be served in this case | 02 |
| Check for service on U.S.A. | N/A |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

*Note: FHB MGR must forward to FHB Regional Compliance Center in Honolulu Hawaii to Await Authorization to withdrawl Funds. FHB Saipan Placed A hold on All Transfers & withdrawls Effective today*

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 670-322-3455
DATE: 6/11/08

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY -- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 01 | No. 005 | No. 005 | CID USM #3086 | 06/11/08 |

☒ I hereby certify and return that I have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served (if not shown above): Victoria B. Concepcion — Asst VP & Branch Mgr

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):
First Hawaiian Bank
PO Box 500625 Beach Rd Center
Saipan MP 96950

Date: 07-16-08    Time: 2:35 pm

Signature of U.S. Marshal or Deputy: W. M. Calvert

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 90.00 | 1.92 | $0.00 | 91.92 | 45.00 | $46.92 |

REMARKS: 6-13-08 1st Endeavor @ bank Attorney stopped Service. Fee only Waive Mileage

All Fee's paid in advance unless ordered by court for the United States to advance. If the U.S. is ordered to advance then Plaintiff's are responsible for all fee's to the USMS prior to the closing of the fiscal year, unless ruled as Pauper by Court Order.
$45.00 per hour & per endeavor for each DUSM assigned / $00.48 per mile

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

ORIGINAL

**RECEIVED**
JUN 11 2008
US MARSHALS SERVICE-CNMI



FIRST HAWAIIAN BANK
OLEAI BRANCH-12

## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SEATTLE REFRIGERATION COMPANY, | Case No. MC 08-00027 |
| Plaintiff, | |
| v. | **WRIT OF EXECUTION** |
| CRYSTAL SEAS-CNMI, INC., | |
| Defendant. | |

TO: Commissioner of Public Safety
Any Department of Public Safety Officer
Any Officer of the Court

WHEREAS on May 15, 2008 the U.S. District Court for the Western District of Washington at Seattle rendered Judgment in the above-captioned matter in favor of SEATTLE REFRIGERATION COMPANY and against CRYSTAL SEAS-CNMI, INC. Said Judgment was entered in the principal amount of $81,201.47, prejudgment interest in the amount of $11,893.23, attorney fees in the amount of $5,000.00; costs in the amount of $366.25, and post-judgment in the amount of 1.94% per annum;

WHEREAS on May 29, 2008, a certified copy of the Judgment was recorded with this Court in Case No. MC 08-0027;

WHEREAS on June 4, 2008, SEATTLE REFRIGERATION COMPANY properly applied for a writ of execution with this court to enforce the Judgment in favor of SEATTLE REFRIGERATION COMPANY and against CRYSTAL SEAS-CNMI, INC.; and

WHEREAS this Court has competent jurisdiction to enforce the Judgment in favor of SEATTLE REFRIGERATION COMPANY and against CRYSTAL SEAS-CNMI, INC.;

AO 72
(Rev. 08/82)

1  NOW THEREFORE, any person to whom this Writ may be given are hereby
2  commanded and authorized to satisfy said Judgment with interest and costs by levying execution
3  upon Respondent's property not exempt from execution of the judgment debtor in order to
4  satisfy the balance due on the Judgment in the principal amount of $81,201.47, prejudgment
5  interest in the amount of $11,893.23, attorney fees in the amount of $5,000.00; costs in the
6  amount of $366.25, and post-judgment in the amount of 1.94% per anum, together to which must
7  be added the costs and commissions of the officer executing this Writ.

**IT IS SO ORDERED.**

Dated:       June 6, 2008

_____
ALEX R. MUNSON
UNITED STATES DISTRICT JUDGE