CARLSMITH BALL LLP

JOHN D. OSBORN
VINCENT J. SEMAN
Carlsmith Building, Capitol Hill
P.O. Box 5241
Saipan, MP 96950-5241
Tel No. 670.322.3455

Attorneys for Plaintiff
Seattle Refrigeration Company

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SEATTLE REFRIGERATION COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>CRYSTAL SEAS-CNMI, INC.,<br><br>Defendant. | MC 08-00027<br><br>REQUEST FOR ORDER TO PAY FUNDS |

Comes now Vincent J. Seman, attorney of record for Plaintiff Seattle Refrigeration Company, and requests the Court issue an Order to First Hawaiian Bank for release to counsel for Plaintiff of any funds being held by First Hawaiian Bank pursuant to a Writ of Execution issued by this Court in the above caption matter. In support of said request it is shown:

1. On June 6, 2008 this Court issued a Writ of Execution to enforce judgment against Defendant Crystal Seas CNMI, Inc.

2. On June 11, 2008 the Writ of Execution was served on First Hawaiian Bank, Saipan, CNMI by W.M. Calvert, U.S. Marshall. A copy of the Process Receipt and Return is attached hereto, marked as Exhibit A and incorporated herein by reference.

4836-6701-1586.1.061731-00001

1  3.   Such Writ of Execution having been served, request is hereby made that the Court issue
2  an order to First Hawaiian Bank, Saipan, CNMI to deliver to Carlsmith Ball LLP, as attorneys
3  for Seattle Refrigeration Company, any funds of Crystal Seas-CNMI, Inc. being held by First
4  Hawaiian Bank pursuant to the Writ of Execution.

CARLSMITH BALL LLP

DATED: Saipan, MP, August 18, 2008.   /s/ *Vincent J. Seman*
JOHN D. OSBORN
VINCENT J. SEMAN
Attorneys for Plaintiff
Seattle Refrigeration Company

4836-6701-1586.1.061731-00001                -2.-

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| SEATTLE REFRIGERATION COMPANY | MC 08-00027 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| CRYSTAL SEAS-CNMI, INC | WRIT OF EXECUTION |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
1st Hawaiian Bank, Crystal Seas-CNMI, Inc.; Credit Acct. 17010743
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Saipan

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

VINCENT J. SEMAN (VSEMAN@CARLSMITH.COM)
CARLSMITH BUILDING, CAPITAL HILL
PO BOX 5241 SAIPAN MP 96950
670-322-3455 TEL / 670-322-3368 FAX

| | |
|---|---|
| Number of process to be served with this Form 285 | 01 |
| Number of parties to be served in this case | 02 |
| Check for service on U.S.A. | N/A |

COPY of Original Filed on this date
JUL 1 ? 2008
Clerk
District Court
For The Northern Mariana Island

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Note: FHB MGR must forward to FHB Regional Compliance Center in Honolulu Hawaii to Await Authorization to withdraw funds. FHB Saipan placed a hold on all Transfers & withdrawls effective

Signature of Attorney other Originator requesting service on behalf of:
[X] PLAINTIFF
[ ] DEFENDANT
TELEPHONE NUMBER: 670-322-3455
DATE: 6/11/08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY -- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 01 | No. 005 | No. 005 | CIDUSM#3086 | 06/11/08 |

[X] I hereby certify and return that I [X] have personally served, [X] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Victoria B. Concepcion
Asst VP & Branch Mgr

Address (complete only different than shown above)
First Hawaiian Bank
PO Box 500625 Beach Rd Center
Saipan MP 96950

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 07-16-08    Time: 2:35 pm

Signature of U.S. Marshal or Deputy
W. M. Calvert

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 90.00 | $1.92 | $0.00 | $91.92 | 45.00 | $46.92 |

REMARKS: 6-13-08 1st Endeavor @ bank Attorney stopped service. Fee only waive mileage

All Fee's paid in advance unless ordered by court for the United States to advance. If the U.S. is ordered to advance then Plaintiff's are responsible for all fee's to the USMS prior to the closing of the fiscal year, unless ruled as Pauper by Court Order. $45.00 per hour & per endeavor for each DUSM assigned / $00.48 per mile

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

EXHIBIT A

Form USM-285
Rev. 12/15/80
Automated 01/00