1  CARLSMITH BALL LLP

2  JOHN D. OSBORN
   VINCENT J. SEMAN
3  Carlsmith Building, Capitol Hill
   P.O. Box 5241
4  Saipan, MP 96950-5241
   Tel No. 670.322.3455
5
   Attorneys for Plaintiff
6  Seattle Refrigeration Company

F I L E D
Clerk
District Court

AUG 2 0 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SEATTLE REFRIGERATION COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>CRYSTAL SEAS-CNMI, INC.,<br><br>Defendant. | MC 08-00027<br><br>ORDER TO PAY FUNDS |

   WHEREAS on June 6, 2008 this Court issued a Writ of Execution to enforce a judgment against Defendant Crystal Seas CNMI, Inc; and

   WHEREAS on June 11, 2008 the Writ of Execution was served on First Hawaiian Bank, Saipan, CNMI by W.M. Calvert, U.S. Marshall.

   NOW THEREFORE, First Hawaiian Bank, Saipan, CNMI is hereby commanded and authorized to release such funds of Crystal Seas CNMI, Inc. as necessary to satisfy said judgment with interest and costs. Total amount as of August 19, 2008 is $105,903.14. Funds shall be paid to Plaintiff's counsel, Carlsmith Ball LLP.

4812-4945-4338.1.061731-00001

1  IT IS SO ORDERED.

2

3  DATED: ___AUG 20 2008___, 2008.  _Alex R. Munson_
4  ALEX R. MUNSON
   Chief Judge