CARLSMITH BALL LLP

JOHN D. OSBORN
VINCENT J. SEMAN
Carlsmith Building, Capitol Hill
P.O. Box 5241
Saipan, MP 96950-5241
Tel No. 670.322.3455

Attorneys for Plaintiff
Seattle Refrigeration Company

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| SEATTLE REFRIGERATION COMPANY, | MC 08-00027 |
|---|---|
| Plaintiff, | |
| vs. | APPLICATION FOR AMENDED WRIT OF EXECUTION; EXHIBITS A-C; DECLARATION OF VINCENT J. SEMAN |
| CRYSTAL SEAS-CNMI, INC., | |
| Defendant. | |

Comes now Vincent J. Seman, attorney of record for Plaintiff Seattle Refrigeration Company, and petitions this Honorable Court to grant its Application for Amended Writ of Execution against the property of Respondent CRYSTAL SEAS-CNMI, INC. to expressly order all banking institutions doing business in the Commonwealth of the Northern Mariana Islands to release any funds belonging to Respondent to satisfy judgment in favor of Petitioner. In support of said request it is shown:

1.      On June 6, 2008 this Court issued a Writ of Execution to enforce judgment against Defendant Crystal Seas CNMI, Inc.

4817-4091-2642.1

2. On July 16, 2008 the Writ of Execution was served on First Hawaiian Bank, Saipan, CNMI by W.M. Calvert, U.S. Marshall. A copy of the Process Receipt and Return is attached hereto, marked as Exhibit A and incorporated herein by reference.

3. Pursuant to this Court's Order, First Hawaiian Bank, Saipan, CNMI paid Petitioner $62.50 from funds belonging to Respondent held by said bank. A copy of the Official Bank Check dated August 27, 2008 in the amount of $62.50 is attached hereto, marked as Exhibit B and incorporated herein by reference.

4. The amount received by First Hawaiian Bank, Saipan, CNMI is insufficient to satisfy the underlying judgment against Respondent in favor of Petitioner.

5. Petitioner wishes to expand the Court's Writ of Execution to properly authorize and command all other banking institutions doing business in the Commonwealth of the Northern Mariana Islands to release any funds belonging to Respondent to satisfy judgment in favor of Petitioner.

Based on foregoing, Petitioner respectfully requests that the Court grant its Application for Issuance of Amended Writ of Execution against the property of Respondent CRYSTAL SEAS-CNMI, INC. to expressly order all banking institutions doing business in the Commonwealth of the Northern Mariana Islands to release any funds belonging to Respondent to satisfy judgment in favor of Petitioner.

CARLSMITH BALL LLP

DATED: Saipan, MP, September 4, 2008.

/s/ Vincent J. Seman
JOHN D. OSBORN
VINCENT J. SEMAN
Attorneys for Plaintiff
Seattle Refrigeration Company

4817-4091-2642.1

-2.-

CARLSMITH BALL LLP

JOHN D. OSBORN
VINCENT J. SEMAN
Carlsmith Building, Capitol Hill
P.O. Box 5241
Saipan, MP 96950-5241
Tel No. 670.322.3455

Attorneys for Plaintiff
Seattle Refrigeration Company

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SEATTLE REFRIGERATION COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>CRYSTAL SEAS-CNMI, INC.,<br><br>Defendant. | MC 08-00027<br><br><br><br>DECLARATION OF VINCENT J. SEMAN |

## DECLARATION OF COUNSEL

The undersigned, under penalty of law, declares as follows:

1.   I am an attorney with Carlsmith Ball LLP, attorneys for Petitioner SEATTLE REFRIGERATION COMPANY ("Petitioner") in this action.

2.   I am authorized and competent to testify to the matters set forth herein, and unless otherwise indicated, I make this declaration based upon personal knowledge.

3.   On or about June 6, 2008, this Court issued a Writ of Execution to enforce judgment against Defendant Crystal Seas CNMI, Inc.

4817-4091-2642.1

1  4.   Attached as Exhibit A to Petitioner's Application for Amended Writ of Execution against
2  the property of Respondent CRYSTAL SEAS-CNMI, INC. is a true and correct copy of the
3  Process Receipt and Return.
4  5.   Attached as Exhibit B to Petitioner's Application for Amended Writ of Execution against
5  the property of Respondent CRYSTAL SEAS-CNMI, INC. is a true and correct copy of the
6  Official Bank Check dated August 27, 2008 in the amount of $62.50.
7  6.   To date, the balance of the judgment has not been fully satisfied.
8  7.   Attached hereto as Exhibit C to Petitioner's Application for Amended Writ of Execution
9  against the property of Respondent CRYSTAL SEAS-CNMI, INC. is Petitioner's proposed form
10 of Amended Writ of Execution.
11    I hereby declare under penalty of law that the foregoing is true and correct to the best of
12 my knowledge.

                                              CARLSMITH BALL LLP

DATED: Saipan, MP, September 4, 2008.        _____
                                              VINCENT J. SEMAN
                                              Attorneys for Plaintiff
                                              Seattle Refrigeration Company

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF: SEATTLE REFRIGERATION COMPANY | COURT CASE NUMBER: MC 08-00027 |
| DEFENDANT: CRYSTAL SEAS-CNMI, INC | TYPE OF PROCESS: WRIT OF EXECUTION |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN:
1st Hawaiian Bank, Crystal Seas-CNMI, Inc.; Credit Acct. 17010743
ADDRESS: Saipan

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
VINCENT J. SEMAN (VSEMAN@CARLSMITH.COM)
CARLSMITH BUILDING, CAPITAL HILL
PO BOX 5241 SAIPAN MP 96950
670-322-3455 TEL / 670-322-3368 FAX

Number of process to be served with this Form 285: 01
Number of parties to be served in this case: 02
Check for service on U.S.A.: N/A

COPY of Original Filed on this date JUL 1 [?] 2008 Clerk District Court For The Northern Mariana Islands

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Note: FHB MGR must forward to FHB Regional Compliance Center in Honolulu Hawaii to Await Authorization to withdrawl Funds. FHB Saipan placed a hold on all Transfers & withdrawls Effective [?]

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: 670-322-3455
DATE: 6/11/08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. Total Process: 01. District of Origin No. 005. District to Serve No. 005. Signature of Authorized USMS Deputy or Clerk: CIDUSM #3086. Date: 06/11/08

I hereby certify and return that I [X] have personally served, [X] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Victoria B. Concepcion
Asst VP & Branch Mgr

Address (complete only different than shown above):
First Hawaiian Bank
PO Box 500625 Beach Rd Center
Saipan MP 96950

Date: 07-16-08  Time: 2:35 pm
Signature of U.S. Marshal or Deputy: W. M. Calvert

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 90.00 | $1.92 | $0.00 | $91.92 | 45.00 | $46.92 |

REMARKS: 6-13-08 1st Endeavor @ Bank Attorney stopped Service. Fee only waive Mileage.

All Fee's paid in advance unless ordered by court for the United States to advance. If the U.S. is ordered to advance then Plaintiff's are responsible for all fee's to the USMS prior to the closing of the fiscal year, unless ruled as Pauper by Court Order. $45.00 per hour & per endeavor for each DUSM assigned / $00.48 per mile

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

EXHIBIT A

Form USM-285
Rev. 12/15/80
Automated 01/00

```
                                                              1142179  2  90-78
                                                                           1211
OFFICIAL BANK CHECK
        MAITE                           DATE:  08/27/2008
                                                                        $62.50
PAY  ***SIXTY TWO DOLLARS AND 50 CENTS
TO THE
ORDER OF CARLSMITH BALL LLP
                                                  Two Signatures Required for $100,000 and Over

                                                  _____
        RE:CRYSTAL SEAS-CNMI INC                            Authorized Signature
     First Hawaiian Bank 1213                     _____
     P.O. Box 3200  Honolulu, HI 96847-8916                 Authorized Signature
     Payable through Bank of the West, Walnut Creek, CA
              THIS DOCUMENT PRINTED ON TRUE WATERMARK PAPER - HOLD TO THE LIGHT TO VIEW.

         ⑈1142179⑈  ⑆121100782⑆  1840079⑈2⑈ 9450
```

EXHIBIT B

| | |
|---|---|
| 1 | CARLSMITH BALL LLP |
| 2 | JOHN D. OSBORN<br>VINCENT J. SEMAN |
| 3 | Carlsmith Building, Capitol Hill<br>P.O. Box 5241 |
| 4 | Saipan, MP 96950-5241<br>Tel No. 670.322.3455 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>Seattle Refrigeration Company |

## UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SEATTLE REFRIGERATION COMPANY, a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CRYSTAL SEAS-CNMI, INC., a corporation formed and operated under the laws of the Commonwealth of the Northern Marianas Islands,<br><br>Defendant. | MC 08-00027<br><br>AMENDED WRIT OF EXECUTION |

TO:   Commissioner of Public Safety
      Any Department of Public Safety Officer
      Any Officer of the Court

WHEREAS on June 6, 2008 this Court issued a Writ of Execution to enforce a judgment against Defendant Crystal Seas CNMI, Inc.; and

WHEREAS as of September 2, 2008 said judgment has not yet been satisfied.

NOW THEREFORE, any person to whom this Amended Writ may be given are hereby commanded and authorized to satisfy said Judgment with interest and costs by levying execution upon Respondent's property not exempt from execution of the judgment debtor in order to satisfy

4815-3991-3986.1

EXHIBIT C

the balance due on the Judgment in the principal amount of $81,201.47, prejudgment interest in the amount of $11,893.23, attorney fees in the amount of $5,000.00; costs in the amount of $366.25, and post-judgment in the amount of 1.94% per anum, together to which must be added the costs and commissions of the officer executing this Amended Writ.

IN FURTHERANCE OF THIS AMENDED WRIT, you are hereby required and directed to levy upon any and all bank deposits, accounts and credits held in the name of Crystal Seas CNMI, Inc., also known as USA Islands Seafood, Inc., respectively at:

1. First Hawaiian Bank, Saipan, Commonwealth of the Northern Mariana Islands
2. Bank of Hawaii, Saipan, Commonwealth of the Northern Mariana Islands
3. Bank of Guam, Saipan, Commonwealth of the Northern Mariana Islands
4. BankPacific, Saipan, Commonwealth of the Northern Mariana Islands
5. Bank of Saipan, Saipan, Commonwealth of the Northern Mariana Islands
6. City Trust Bank, Saipan, Commonwealth of the Northern Mariana Islands

UPON TAKING POSSESSION OF any funds of Defendant, you shall deliver them forthwith to the attorney for the plaintiff, Carlsmith Ball, Saipan, Commonwealth of the Northern Mariana Islands.

YOU ARE FURTHER INSTRUCTED to make and to make your return of this Writ not less than ten (10) days nor more than sixty (60) days following receipt thereof, with what you have done endorsed thereto.

DATED: _____, 2008.      _____
                                                                           ALEX R. MUNSON
                                                                            Chief Judge